Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FRED CRANE, an individual

vs

DAVID FLAUM, an individual; and Does 1 through 10, inclusive

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 728

FILED
08 MAY -5 AM 11: 35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MICHAEL L. TRACY, ESQ.
2030 MAIN STREET, SUITE 1300
IRVINE, CA 92614

An answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 05 2008

W. Samuel Hamrick, Jr.
CLERK

By J. HAMRICK, Deputy Clerk    DATE

Summons in a Civil Action                                                                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)