1 | ROBERT P. OTTILIE (Bar No. 95845)
550 West C Street, Suite 1400
2 | San Diego, CA 92101
Telephone:    619/231-4841
3 | Facsimile:    619/231-3293
Email:    RO@Ottilielaw.com
4
Attorney for Plaintiff, DAVID FLAUM
5

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | FRED CRANE, an individual            )        CASE NO. **08 CV 728 BTM CAB**
                                        )
12 |            Plaintiff,               )        **DEFENDANT DAVID FLAUM'S**
                                        )        **ANSWER TO COMPLAINT**
13 | v.                                  )
                                        )
14 |                                     )
                                        )
15 | DAVID  FLAUM,  an  individual;  and )        Judge:        Hon. Barry Ted Moskowitz
DOES 1 through 10, inclusive,           )
16 |                                     )        Magistrate:   Hon. Cathy Ann Bencivengo
                                        )
17 |            Defendants.              )        **DEMAND FOR JURY TRIAL**
                                        )
18 | _____ )

19

20 | David Flaum, for his Answer to the Complaint provides the following admissions and

21 | denials to the allegations made in the Complaint, wherein the numbered paragraphs of this

22 | Answer correspond to the numbered paragraphs of the Complaint, and which includes

23 | Affirmative Defenses.

24

25 | <u>**JURISDICTION**</u>

26 |       1.       With reference to paragraph 1, Defendant lacks sufficient information and belief

27 | and based thereon denies the allegations.

28 |

1
[ANSWER]

2.      With reference to paragraph 2, Defendant is informed and believes that this court would have supplemental jurisdiction in the event Plaintiff can establish any independent jurisdiction in this court.

## GENERAL ALLEGATIONS

3.      With reference to paragraph 3, Defendant admits that Defendant does business in the county of San Diego and that Plaintiff performed work in the county of San Diego. With respect to the remaining allegations of paragraph 3, Defendant is without information or belief sufficient to form any resopnses to the truth of such remaining allegations and therefore denies the same.

4.      With reference to paragraph 4, Defendant lacks sufficient information and belief and based thereon denies the allegations.

5.      With reference to paragraph 5, Defendant lacks sufficient information and belief and based thereon denies the allegations.

## PARTIES

6.      With reference to paragraph 6, Defendant denies the allegations.

7.      With reference to paragraph 7, Defendant admits the allegations.

## FIRST CAUSE OF ACTION

## (FAILURE TO PAY MINIMUM WAGE IN VIOLATION OF CALIFORNIA LABOR CODE)

8.      With reference to paragraph 8, Defendant re-alleges and incorporates by reference the responses set forth in paragraphs 1 through 7 as though set forth in full herein.

9.      With reference to paragraph 9, Defendant lacks sufficient information and belief and based thereon denies the allegations.

10.      With reference to paragraph 10, Defendant lacks sufficient information and belief and based thereon denies the allegations.

1    11.    With reference to paragraph 11, Defendant denies the allegations.

2    12.    With reference to paragraph 12, Defendant denies the allegations.

3    13.    With reference to paragraph 13, Defendant denies the allegations.

4    14.    With reference to paragraph 14, Defendant denies the allegations.

5    15.    With reference to paragraph 15, Defendant denies the allegations.

6    16.    With reference to paragraph 16, Defendant denies the allegations.

7    17.    With reference to paragraph 17, Defendant denies the allegations.

8                        **SECOND CAUSE OF ACTION**

9    **FAILURE TO PAY OVERTIME COMPENSATION UNDER CALIFORNIA**

10    **INDUSTRIAL WELFARE COMMISSION ORDERS AND CALIFORNIA LABOR**

11                                **CODE)**

12    18.    With reference to paragraph 18, Defendant re-alleges and incorporates by

13    reference the response set forth in paragraphs 1 through 17 above as though set forth in full

14    herein.

15    19.    With reference to paragraph 19, Defendant lacks sufficient information and belief

16    and based thereon denies the allegations.

17    20.    With reference to paragraph 20, Defendant denies the allegations.

18    21.    With reference to paragraph 21, Defendant lacks sufficient information and belief

19    and based thereon denies the allegations.

20    22.    With reference to paragraph 22, Defendant denies the allegations.

21    23.    With reference to paragraph 23, Defendant denies the allegations.

22    24.    With reference to paragraph 24, Defendant denies the allegations.

23    25.    With reference to paragraph 25, Defendant denies the allegations.

24    26.    With reference to paragraph 26, Defendant denies the allegations.

25    27.    With reference to paragraph 27, Defendant denies the allegations.

26    28.    With reference to paragraph 28, Defendant denies the allegations.

27    29.    With reference to paragraph 29, Defendant denies the allegations.

28

1

2

## THIRD CAUSE OF ACTION

3

## FAILURE TO ITEMIZE WAGE STATEMENTS AS REQUIRED UNDER LABOR

4

## CODE SECTION 226

5     30.     With reference to paragraph 30, Defendant re-alleges and incorporates by

6     reference the responses set forth in paragraphs 1 through 29 above as though set forth in full

7     herein.

8     31.     With reference to paragraph 31, Defendant lacks sufficient information and belief

9     and based thereon denies the allegations.

10     32.     With reference to paragraph 32, Defendant lacks sufficient information and belief

11     and based thereon denies the allegations.

12     33.     With reference to paragraph 33, Defendant denies the allegations.

13     34.     With reference to paragraph 34, Defendant denies the allegations.

14     35.     With reference to paragraph 35, Defendant denies the allegations.

15     36.     With reference to paragraph 36, Defendant lacks sufficient information and belief

16     and based thereon denies the allegations.

17

18     ## FOURTH CAUSE OF ACTION

19     ## WAITING TIME PENALTIES UNDER LABOR CODE SECTION 203

20     37.     With reference to paragraph 37, Defendant re-alleges and incorporates by

21     reference the responses set forth in paragraphs 1 through 36 above as though set forth in full

22     herein.

23     38.     With reference to paragraph 38, Defendant lacks sufficient information and belief

24     and based thereon denies the allegations.

25     39.     With reference to paragraph 39, Defendant denies the Plaintiffs "employment"

26     was terminated on January 21, 2008.  Defendant January 21, 2008 corresponds to the date that

27     the Defendant canceled the relationship between Plaintiff and Defendant.

4
[ANSWER]

28

40.     With reference to paragraph 40, Defendant denies the allegations.

41.     With reference to paragraph 41, Defendant lacks sufficient information and belief and based thereon denies the allegations.

## FIFTH CAUSE OF ACTION

**OVERTIME PAY AND LIQUIDATED DAMAGES UNDER 29 U.S.C. §207 AND §216**

42.     With reference to paragraph 42, Defendant re-alleges and incorporates by reference the responses set forth above in paragraphs 1 through 41 as though set forth in full herein.

43.     With reference to paragraph 43, Defendant lacks sufficient information and belief and based thereon denies the allegations.

44.     With reference to paragraph 44, Defendant lacks sufficient information and belief and based thereon denies the allegations.

45.     With reference to paragraph 45, Defendant lacks sufficient information and belief and based thereon denies the allegations.

46.     With reference to paragraph 46, Defendant denies the allegations.

47.     With reference to paragraph 47, Defendant denies the allegations.

48.     With reference to paragraph 48, Defendant lacks sufficient information and belief and based thereon denies the allegations.

49.     With reference to paragraph 49, Defendant denies the allegations.

50.     With reference to paragraph 50, Defendant lacks sufficient information and belief and based thereon denies the allegations.

51.     With reference to paragraph 51, Defendant lacks sufficient information and belief and based thereon denies the allegations.

52.     With reference to paragraph 52, Defendant lacks sufficient information and belief and based thereon denies the allegations.

53.     With reference to paragraph 53, Defendant denies the allegations.

1  54.   With reference to paragraph 54, Defendant denies the allegations.

2  55.   With reference to paragraph 55, Defendant lacks sufficient information and belief

3  and based thereon denies the allegations.

4  56.   With reference to paragraph 56, Defendant denies the allegations.

5  57.   With reference to paragraph 57, Defendant lacks sufficient information and belief

6  and based thereon denies the allegations.

7  58.   With reference to paragraph 58, Defendant lacks sufficient information and belief

8  and based thereon denies the allegations.

9  59.   With reference to paragraph 59, Defendant lacks sufficient information and belief

10  and based thereon denies the allegations.

11

12  **SIXTH CAUSE OF ACTION**

13  **FAILURE TO PAY MINIMUM WAGE IN VIOLATION OF THE FAIR LABOR**

14  **STANDARDS ACT**

15  60.   With reference to paragraph 60, Defendant re-alleges and incorporates by

16  reference the responses set forth in paragraphs 1 through 59 above as though set forth in full

17  herein.

18  61.   With reference to paragraph 61, Defendant lacks sufficient information and belief

19  and based thereon denies the allegations.

20  62.   With reference to paragraph 62, Defendant lacks sufficient information and belief

21  and based thereon denies the allegations.

22  63.   With reference to paragraph 63, Defendant denies the allegations.

23  64.   With reference to paragraph 64, Defendant lacks sufficient information and belief

24  and based thereon denies the allegations.

25  65.   With reference to paragraph 65, Defendant denies the allegations.

26  66.   With reference to paragraph 66, Defendant denies the allegations.

27  67.   With reference to paragraph 67, Defendant denies the allegations.

28

68.     With reference to paragraph 68, Defendant lacks sufficient information and belief and based thereon denies the allegations.

69.     With reference to paragraph 69, Defendant lacks sufficient information and belief and based thereon denies the allegations.

## SEVENTH CAUSE OF ACTION

### VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS

70.     With reference to paragraph 70, Defendant re-alleges and incorporates by reference the responses set forth in paragraph 1 through 69 above as though set forth in full herein.

71.     With reference to paragraph 71, Defendant lacks sufficient information and belief and based thereon denies the allegations.

72.     With reference to paragraph 72, Defendant denies the allegations.

73.     With reference to paragraph 73, Defendant denies the allegations.

74.     With reference to paragraph 74, Defendant lacks sufficient information and belief and based thereon denies the allegations.

## EIGHTH CAUSE OF ACTION

### FAILURE TO PROVIDE PAY RECORDS

75.     With reference to paragraph 75, Defendant re-alleges and incorporates by reference the responses set forth in paragraphs 1 through 74 above as though set forth in full herein.

76.     With reference to paragraph 76, Defendant lacks sufficient information and belief and based thereon denies the allegations.

77.     With reference to paragraph 77, Defendant lacks sufficient information and belief and based thereon denies the allegations.

78.     With reference to paragraph 78, Defendant admits that Plaintiff requested certain

7

[ANSWER]

1  records after having been relieved of his responsibilities.

2      79.    With reference to paragraph 79, Defendant denies the allegations.

3      80.    With reference to paragraph 80, Defendant lacks sufficient information and belief

4  and based thereon denies the allegations.

5      81.    With reference to paragraph 81, Defendant lacks sufficient information and belief

6  and based thereon denies the allegations.

7

8                    <u>**RESPONSE TO PRAYER FOR DAMAGES**</u>

9      82.    Defendant denies that Plaintiff is entitled to any damages as requested in the items

10 1 through 12 of his prayer for relief.

11

12                         <u>**AFFIRMATIVE DEFENSES**</u>

13

14     83.    Defendant set forth below his affirmative defenses. By setting forth the

15 affirmative defenses below, Defendant does not assume the burden of proving any facts, issues or

16 elements of a cause of action where such burden properly belongs to Plaintiff. Defendant

17 reserves the right to add affirmative defenses as additional defenses may arise based on

18 investigation or discovery. For his affirmative defenses, Defendant alleges upon information and

19 belief the following:

20

21                        **FIRST AFFIRMATIVE DEFENSE**

22           (Failure to State a Claim for Relief – To All Causes of Action)

23     84.    Plaintiff's Complaint fails to state facts sufficient to constitute a valid claim for

24 which relief may be granted.

25 ///

26 ///

27 ///

28
                                    8
                                [ANSWER]

## SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations – To All Causes of Action)

85.    Plaintiff's causes of action are barred, in whole or in part, by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

(Estoppel – To All Causes of Action)

86.    By conduct, representations and omissions, Plaintiff is equitably estopped to assert any claim for relief against Defendant respecting the matters that are the subject of his Complaint.  In particular, among other acts, Plaintiff failed to raise his concerns and claims during the terms of his relationship with Defendant, or to claim any additional sums to be owed, and instead waited to assert his claim well after the relationship ended.  Thus, Defendant relied on Plaintiff's silence and took actions without knowledge of Plaintiff's undisclosed concerns and claims.  Thus, each and every cause of action in the Complaint is barred by the doctrine of estoppel.  Additional facts supporting Defendant's estoppel affirmative defense may be revealed through the course of discovery and Defendant expressly reserve the right to rely on such additional facts.

## FOURTH AFFIRMATIVE DEFENSE

(Failure to Mitigate – To All Causes of Action)

87.    Plaintiff has failed to mitigate his alleged damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands – To All Causes of Action)

88.    Each and every cause of action in the Complaint is barred by the doctrine of unclean hands.

9

[ANSWER]

1

## SIXTH AFFIRMATIVE DEFENSE

2

(No Willful Failure to Pay Wages – To All Causes of Action)

3     89.     Plaintiffs' claims for wages, penalties or attorney's fees based on willful failure to

4     pay wages are barred because Defendant did not willfully fail to pay wages.

5

6

7

## SEVENTH AFFIRMATIVE DEFENSE

8

(Good Faith Dispute)

9     90.     Plaintiff's claims are barred because to the extent Plaintiff contends he was not

10    paid wages owed, a good faith dispute existed between Plaintiff and Defendant as to whether

11    such wages are owed and documentation required.  The existence of a good faith dispute

12    precludes imposition of liability on the claims or for any statutory penalties, including attorney's

13    fees, arising from claimed "willful" failure to pay wages.

14

15

16

## EIGHTH AFFIRMATIVE DEFENSE

17

(At Will Relationship – To All Causes of Action)

18    91.     By agreement of the parties, Defendant was entitled to terminate the relationship

19    with Plaintiff upon notice, and has done so.  Plaintiff received proper notice of termination of the

20    relationship.

21

22

## NINTH AFFIRMATIVE DEFENSE

23

(Offset – To All Causes of Action)

24    92.     At the time of the filing of Plaintiffs' complaint, Plaintiffs were indebted to

25    Defendants.  Said indebtedness acts as an offset against the amounts claimed owed by Plaintiffs.

26    ///

27    ///

28

10
[ANSWER]

## TENTH AFFIRMATIVE DEFENSE

### (Laches)

93.    Plaintiff is barred from recovery or relief on the basis of laches.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Acquiescence)

94.    Plaintiff is barred from recovery or relief on the basis of acquiescence.

## TWELFTH AFFIRMATIVE DEFENSE

### (Waiver)

95.    Plaintiff is barred from recovery on the basis of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Privilege)

96.    As to the Complaint on file herein, and to each cause of action contained therein, this answering Defendant alleges that Defendant's conduct was privileged.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

97.    As to the Complaint on file herein, and to each cause of action contained therein, this answering Defendant alleges that Plaintiff's claims are barred in whole or in part by the contributory and comparative negligence and fault of Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Exercise Ordinary Care)

98.    As to the Complaint on file herein, and to each cause of action contained therein, this answering Defendant alleges that Plaintiff failed to exercise ordinary care, caution, or prudence to avoid the alleged injuries, losses, and damage, if any, set forth in his Complaint, and by Plaintiff's failure to do so, he thereby directly and proximately caused and contributed to the happening of said alleged injuries, losses, and damage, if any.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Breach)

99.    As to the Complaint on file herein, and to each cause of action contained therein, this answering Defendant alleges that Plaintiff has materially breached the contract with Defendant which is the subject of this action, and her claims are barred by his failure to abide by the terms and conditions of that contract.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Fault of Others)

100.    Defendant contends that the damage or harm, if any, sustained by Plaintiff was the result of the negligence, strict liability, direct fault and/or responsibility of the persons, corporations, or entities other than this answering Defendant, and the acts, omissions or liability of such others were the sole or partial proximate cause of the alleged damages or harm, if any, claimed in this action.

///

///

///

12
[ANSWER]

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Improper Purpose)

101.    Defendant alleges that in filing the Complaint, Plaintiff had his attorney sign this pleading for an improper purpose, to include harassing this answering Defendant and increase the costs of litigation and in having his attorney sign this pleading, Plaintiff has had his attorney sign a pleading which does not have evidentiary support for many statements made therein and as to these statements they also were not likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Good Faith and Fair Dealing)

102.    Defendant alleges that the Complaint is barred because Plaintiff has violated his obligations of good faith and fair dealing.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Discharge of Duties)

103.    Defendant alleges that he has appropriately, completely, and fully performed and discharged any and all obligations and legal duties arising out of the matter as alleged in the Complaint.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Assumption of Risk)

104.    Defendant alleges that at all times mentioned in the Complaint, Plaintiff was fully aware of all the facts, matters and circumstances surrounding said matters, knowingly and voluntarily assumed the risk of injury and/or damage, if any there was.

13
[ANSWER]

1

2

### TWENTY-SECOND AFFIRMATIVE DEFENSE

3

(Adoption of Other Affirmative Defenses)

4

105.    Defendant hereby adopts and incorporates by this reference any and all other

5

affirmative defenses asserted by or to be asserted by any other defendant in this proceeding to the

6

extent this answering Defendant may share in such affirmative defense.

7

8

9

### TWENTY-THIRD AFFIRMATIVE DEFENSE

10

(Adoption of Defenses)

11

106.    Defendant hereby asserts all other applicable defenses under the Civil Code of the

12

State of California, the Code of Civil Procedure in the State of California, the Business and

13

Professions Code in the State of California and the Commercial Code of the State of California

14

and the Vehicle Code of the State of California or any laws of the United States of America.

15

16

17

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

18

(No Intent to Waive/Reservation)

19

107.    Defendant hereby declares that it has not knowingly or intentionally waived any

20

applicable affirmative defense and reserves the right to assert and rely on such other applicable

21

affirmative defenses as may become available or apparent during discovery proceedings for the

22

litigation of this matter. This answering Defendant further reserves the right to amend its answer

23

and/or affirmative defenses accordingly and/or to delete affirmative defenses if the terms are not

24

applicable during the course of subsequent discovery or the litigation of this matter.

25

///

26

///

27

28

14

[ANSWER]

1

2   Date:   7 - 29 - 08

3

4

5                                              _____

6                                              ROBERT P. OTTILIE, Esq.
                                               Attorney for Defendant David Flaum
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    15
28                                [ANSWER]