(C.C.P. Section 1013a and 2015.5)

Crane v. Flaum
US District Court Case No. **08 CV 728 BTM CAB**

I, Chrisy Schultz, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to this action; I am employed in the County of San Diego, CA, in which county the within-mentioned mailing occurred. My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101. On July 30, 2008 I served the foregoing document(s) described as:

**ANSWER**

in this action by placing the ___ original _x_ a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael L. Tracy, Esq.
Law Offices of Michael L. Tracy
2030 Main Street, Suite 1300
Irvine, CA 92614
Fax: (866) 365-3051

_X_    **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepaid in the United States mail, at San Diego, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. C.C.P. §1013a(3).

_X_    **BY FACSIMILE:** I caused the described document to be transmitted from a facsimile transmission machine. The transmission was reported as complete without error by transmission report issued by the facsimile transmission upon which the transmission was made. [CCP§ 1013(c)] to each such addressee.

___    **BY PERSONAL SERVICE/KNOX ATTORNEY SERVICE**   Delivered during business hours.

I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

Executed on July 30, 2008 at San Diego, California.

_____
Chrisy Schultz