1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   FRED CRANE, an individual,                 Civil No.    08cv0728-BTM (CAB)

                                  Plaintiff,
12                                              **ORDER FOLLOWING EARLY
                                                NEUTRAL EVALUATION
13          v.                                  CONFERENCE, SETTING RULE 26
                                                COMPLIANCE AND NOTICE OF
     DAVID FLAUM, an individual; and DOES 1     CASE MANAGEMENT
14   through 10, inclusive,                      CONFERENCE**

15                                Defendants.

16

17          On September 3, 2008, the Court held an Early Neutral Evaluation Conference.  The

18   case did not settle.  Therefore, the Court discussed compliance with Federal Rules of Civil

19   Procedure, Rule 26 immediately thereafter.  Based thereon, IT IS HEREBY ORDERED:

20          1.     Any objections made to initial disclosure pursuant to Federal Rule of Civil

21   Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the

22   initial disclosure process.  Any further objections to initial disclosure will be resolved as required

23   by Rule 26.

24          2.     The Rule 26(f) conference shall be completed on or before **September 24, 2008**;

25          3.     The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before

26   **October 8, 2008**;

27          4.     A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before

28   **October 8, 2008**; and,

                                          1

5.     A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **October 15, 2008**, at **9:30 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendant shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

DATED:  September 3, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

08cv0728